AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

FILED

# UNITED STATES DISTRICT COURT
for the

Northern District of California

JUL 0 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3-10-70572 |
| Ian T. Powell | ) | Charging District: W.D. Tex. |
| *Defendant* | ) | Charging District's Case No. P10 CR 159 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Western District of Texas, Pecos, TX. Defendant shall contact court clerk, Michael Benevides, to arrange date | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 7/9/10

*Judge's signature*

**Maria Elena James**
United States Chief Magistrate Judge

*Printed name and title*